DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CARLOS CIFUENTES-BECERRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S-10-151-FCD |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| CARLOS CIFUENTES-BECERRA, ) | |
| ) | Date:  May 24, 2010 |
| Defendant. ) | Time:  10:00 a.m. |
| _____ ) | Judge: Frank C. Damrell, Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Anderson, Assistant United States Attorney, attorney for Plaintiff, and Linda C. Harter, Chief Assistant Federal Defender, attorney for defendant, CARLOS CIFUENTES-BECERRA, that the status conference hearing date of May 24, 2010 be vacated, and the matter be set for status conference on June 28, 2010 at 10:00 a.m.
   This continuance is requested to allow the parties additional time to negotiate a fast-track plea toward resolution of the case.
   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including June 28, 2010 pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local Code T4 based

upon continuity of counsel and defense preparation.

Dated:  May 19, 2010

                                                Respectfully submitted,

                                                DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
CARLOS CIFUENTES-BECERRA

Dated:  May 19, 2010                    BENJAMIN WAGNER
United States Attorney

/s/ Linda C. Harter for
MICHAEL ANDERSON
Assistant U.S. Attorney
Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.**  Time is excluded from today's date through and including June 28, 2010 in the interests of justice pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: May 19, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE